IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSSUE MENDOZA LUNA                                          PLAINTIFF

VERSUS                                  CIVIL ACTION NO. 5:08cv266-DCB-MTP

BRUCE PEARSON, Warden;
and ANTHONY CHAMBERS, Clinical Director                          DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [24] is granted and Plaintiff's claims against Defendants are dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by

Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the ___2nd___ day of July, 2009.

                                                 s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE