IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSSUE MENDOZA LUNA                                                      PLAINTIFF

VERSUS                                   CIVIL ACTION NO.  5:08cv266-DCB-MTP

BRUCE PEARSON, Warden;
and ANTHONY CHAMBERS, Clinical Director                  DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [24] should be granted and that Plaintiff's claims against Defendants should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the   2nd    day of  July, 2009.

                                                s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE